## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER H. KOUFOS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| U.S. BANK, N.A., AS TRUSTEE ON | ) |
| BEHALF OF THE CERTIFICATE HOLDERS | ) |
| OF THE CSFB MORTGAGE PASS-THROUGH | ) |
| CERTIFICATES, SERIES 2005-CF1,, et al., | ) |
| | ) |
| Defendants | ) |

### SUGGESTION OF BANKRUPTCY

Now comes Stewart F. Grossman, the duly appointed Chapter 7 Bankruptcy Trustee (the "Trustee") of the bankruptcy estate of Connolly, Geaney, Ablitt and Willard, P.C. f/k/a Ablitt Scofield, P.C. (the "Debtor"), the defendant in the above entitled action, and suggests to this Honorable Court that on September 3, 2014, three creditors filed an involuntary petition for relief against the Debtor under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code"). An order for relief was entered in the United States Bankruptcy Court, for the District of Massachusetts, Case No. 14-14164 on October 16, 2014 and the Trustee was appointed on October 20, 2014. This case under the Bankruptcy Code is currently pending.

WHEREFORE, the Trustee suggests that the above entitled action is stayed as to the Debtor and should be continued generally pending the completion of the case under the Bankruptcy Code as a result of which the claim of the plaintiffs may be discharged.

Dated: November 26, 2014

Respectfully submitted,
STEWART F. GROSSMAN,
CHAPTER 7 TRUSTEE,
By his attorneys,

Theodore W. Connolly (BBO #655827)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110

(617) 951-2800
Email: tconnolly@lgllp.com

4813-3260-8800, v. 2